The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDON CHRISTOPHER DREW,<br><br>Defendant. | No.  2:22-cr-00120-RAJ<br><br>ORDER OF DISMISSAL |

THIS MATTER comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to BRENDON CHRISTOPHER DREW.

IT IS HEREBY ORDERED that all pending counts in the above-captioned case against the above-captioned Defendant are dismissed without prejudice.

Defendant's bond is exonerated.

DATED this 3rd day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Drew*, 2:22-cr-00120-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970